In the
United States
District Court
for
Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 29 2019**

JEFFREY P. COLWELL
CLERK

Mr. Page David Penk
Plaintiff

v

The Honorable Clerk
for the Las Animas County Colorado
Combined Courts
Respondant
_____

Emergency Complaint
for
Mandamus to the Clerk,
to open the Docket Window
and
accept my legal name
change petition.
_____

respectfully by pro se
Mr. Page David Penk
317 Godding
Trinidad, CO 81082

## ? Presented

What is the only room in the Jas Animas County Courthouse, open to me inside the local DA's little fort/court, when I go to file a legal name change petition?

Do you ever wonder why there still aren't enough bathrooms, at the tax-payer financed Roman Gladiators stadium, for women?

## Finding of fact

I have already talked directly to the Jas Animas clerk of the court, only to be informed I need the FBI fingerprint check, federal permission for a state Issue, which was sent off six(6) months ago. The Colorado BI check came back filled out, about 2 weeks.

And now the Honorable Clerk won't even open the office when I appear, for all the rooms in the fort/court are locked and dark, all save one.

Three (3) days. Having done, professionally, every facet of home construction from sewer to roof, it would take 3 days to upgrade a stadium for enough loos for the ladies, not 35 years. ☺

## Statement of the Case

There is no dispute in this matter over facts. Three times clie tried to file a state name change petition with the plaintiff. 3 more failures to access U.S. than +22 years of being spit on by U.S. courts as such, an Order to Show Cause should issue, post haste, before mandamus. State clerk does not need federal Old Kinderhook, for anything!

## Citations

Marbury v Madison
1 cranch 157

Dahlgren v Sec. of War

Penk v Sec. of Defense
97 B 1652, Show Cause Order
issued 6 Aug. 1997, filed Aug 1st, 1997

## Reasons for granting the writ

... or Trump wins.

## Affidavit of Poverty, Motion to proceed w/out fees.

Broke again. Please wave all fees as I got, hold on, $4.

## Stat. Authority

All writs Act 1789

Respectfully filed April 27, 2019. Yur clerk, Marcia Brady, Here's hoa d know d failed, again. will file this captioned with my diminutive, not MC.